IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

VICKI WILLIAMS,

       Plaintiff,

vs.                                                   CASE NO. 4:08cv187-SPM/WCS

HAROLD CRUMP,

       Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE comes before the Court for consideration of the magistrate judge's Report and Recommendation (doc. 3). Plaintiff has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed. Having considered the Report and Recommendation, I have determined that it should be adopted.

Accordingly, it is hereby ORDERED AND ADJUDGED as follows:

1. The magistrate judge's Report and Recommendation (doc. 3) is ADOPTED and incorporated by reference in this order.

2. This case is dismissed for failure to state a claim upon which relief may be granted.

DONE AND ORDERED this <u>twenty-seventh</u> day of June, 2008.

                                            *s/ Stephan P. Mickle*
                                            Stephan P. Mickle
                                            United States District Judge