IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

VICKI WILLIAMS,

       Plaintiff,

vs.                                      CASE NO. 4:08cv187-SPM/WCS

HAROLD CRUMP,

       Defendant.

_____/

**ORDER DENYING RELIEF AND DIRECTING PLAINTIFF
TO STOP FILING FRIVOLOUS DOCUMENTS**

THIS CAUSE comes before the Court on Plaintiff's document 6 on the court docket.[1]  The Court will construe this document as a motion requesting some type of relief.  Judgment has been entered against Plaintiff (doc. 4 and 5), and this case is closed.  Both procedurally and substantively, Plaintiff's Complaint is frivolous.  Procedurally, the Complaint is not authorized under the Federal Rules of Civil Procedure or the Federal Rules of Appellate Procedure.  Substantively, the Complaint makes no sense and thus has no legal merit.

Plaintiff must cease filing documents unless they are procedurally authorized and have arguable substantive merit.  If Plaintiff continues to file frivolous documents, the Court will impose an appropriate sanction, such as

---

[1] Because there is no heading on the document, the Court is unable to properly identify it.

barring Plaintiff from representing herself and directing the clerk to reject any documents submitted by her unless signed by an attorney admitted to practice in this district.  See Sibley v. Lando, 437 F.3d 1067, 1070 n.1 (11th Cir. 2005) (preventing Plaintiff from representing himself may be appropriate when Plaintiff has a history of frivolous litigation).  Based on the foregoing, it is

ORDERED AND ADJUDGED:

1. Plaintiff's motion (doc. 6) is denied.

2. Plaintiff shall cease filing documents unless they are procedurally authorized and have arguable substantive merit.

3. Failure of Plaintiff to comply with this order will result in sanctions being imposed, including barring Plaintiff from representing herself and directing the clerk to reject any documents submitted by her unless signed by an attorney admitted to practice in this district.

DONE AND ORDERED this thirtieth day of July, 2008.


*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge